**SIELAND et al. v. HAMEL et al.**

**No. 1554.**

United States District Court
E. D. Missouri, S. E. D.

March 12, 1953.

See also, 13 F.R.D. 447.

---

1. In the "habeas corpus" appeal.

Strom & Spradling, Cape Girardeau, Mo., and Homer F. Williams, Marble Hill, Mo., for plaintiffs.

Jacoby, Patton & Manns, Alton, Ill., and Finch & Finch, Cape Girardeau, Mo., for defendants.

HULEN, District Judge.

In a will contest, proceedings for establishing or setting aside a will, filed and probated, or rejected, by a Probate Court in Missouri, must be in accord with statutory law of Missouri, including trial by jury, or by the Court if jury is waived. Summary judgment rule procedure in the Federal Court does not supplant Missouri statutory provisions governing the subject.

#### Order

Motion of plaintiffs for summary judgment is overruled.